United States District Court
Southern District of Texas
**ENTERED**
January 19, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

JAN 1 2 2018
David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:17-cv-00390 |
|---|---|---|---|

| Clements et al |
|---|
| *versus* |
| Experian Information Solutions, Inc et al |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Jonathan Raburn<br>McCarty and Raburn, A Consumer Law Firm, PLLC<br>PO BOX 1448<br>Cedar Hill, TX 75106<br>225-412-2777<br>Louisiana 28728 |
|---|---|

| Name of party applicant seeks to appear for: Amanda Clements et al | All named Plaintiffs and others similarly situated |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 1/9/2018    Signed: [signature]

The state bar reports that the applicant's status is: Eligible

Dated: 1/12/17    Clerk's signature: [signature]

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 1/19/18    [signature]
United States District Judge